JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KWAN E. PARK, an individual<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., etc.,<br>Et al.,<br><br>        Defendants. | ) CASE NO. CV 09-3361 DSF (PJWx)<br>)<br>)<br>)<br>)<br>) ORDER DISMISSING THE<br>) COMPLAINT WITHOUT<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>) Complaint Filed: May 18, 2009 |

Having considered the stipulation of the parties, the Court dismisses the Complaint without prejudice.

IT IS SO ORDERED.

Dated:   6/23/09  _____

                                                /s/ Dale S. Fischer
                                        _____
                                        HON. DALE S. FISCHER
                                        UNITED STATES DISTRICT JUDGE